Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000590
10-FEB-2020
09:27 AM

NO. CAAP-17-0000590

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MAJ, INC., doing business as BUBBA'S HANALEI,
a Domestic Profit Corporation, Plaintiff-Appellant/Appellee, v.
ALISON AVALON, Defendant-Appellee/Appellant, and
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS EMPLOYMENT SECURITY
APPEALS REFEREE'S OFFICE, Defendant-Appellee/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 17-1-0023)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice" (Stipulation), filed January 29, 2020, by Plaintiff-Appellant/Appellee, MAJ, INC., doing business as Bubba's Hanalei, a Domestic Profit Corporation, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by all parties or counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, February 10, 2020.

Chief Judge

Associate Judge

Associate Judge